**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| JOSEPHINE LAU, Surviving Spouse of Chun Hung Lau, Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | NO. EDCV 17-2169-AG (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636(b)(1)(B), the Court has reviewed the complaint, the records on file, and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that: (1) the Report and Recommendation is accepted and adopted as the Findings of Fact and Conclusions of Law herein; (2) the decision of the Administrative Law Judge is vacated; and (3) the matter is remanded to the Social Security Administration for further administrative action consistent with the Report and

| | |
|---|---|
| 1 | Recommendation. |
| 2 | |
| 3 |     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a |
| 4 | copy of this Order, the Magistrate Judge's Report and Recommendation |
| 5 | and the Judgment on counsel for Plaintiff and on the United States |
| 6 | Attorney for the Central District of California. |
| 7 | |
| 8 |     DATED: February 28, 2019 |
| 9 | |
| 10 | |
| 11 | _____ |
| 12 | ANDREW GUILFORD<br>UNITED STATES DISTRICT JUDGE |