**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| Josephine Lau, surviving spouse of Chung Hung Lau, deceased<br><br>       Plaintiff,<br><br>      vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>      Defendant | **Case No.: EDCV 17-02169-AG (AS)**<br><br>{~~PROPOSED~~} **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

**IT IS ORDERED** that the Commissioner shall pay the amount of **$6,000.00** (Six Thousand Dollars and No Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: June 19, 2019

                                / s /

                       HONORABLE ALKA SAGAR
                       UNITED STATES MAGISTRATE JUDGE